■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER YOUNG, Appellant. (Appeal No. 2.) [54 NYS3d 915]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Carni, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO D. RUTLEDGE, Appellant. [54 NYS3d 894]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM M. DEAN, Appellant. [54 NYS3d 894]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Carni, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE B. HINES, Appellant. [54 NYS3d 894]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN V. BYNG, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN V. BYNG, Appellant. (Appeal No. 2.) [54 NYS3d 894]—Motion for reargument denied. Present—Peradotto, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ ANITA A. VITULLO, Respondent, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. (Appeal No. 1.) [54 NYS3d 895]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.